UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Case No. 1:15-cv-12857-PBS |
| DFRF ENTERPRISES LLC, DFRF ENTERPRISES, LLC, DANIEL FERNANDES ROJO FILHO, WANDERLEY M. DALMAN, GASPAR C. JESUS, EDUARDO N. DA SILVA, HERIBERTO C. PEREZ VALDES, JEFFREY A. FELDMAN and ROMILDO DA CUNHA, | ) ) ) ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

## PLAINTIFF'S MOTION TO LIFT SEAL

In accordance with Local Rules 5.4(G) and 7.2, plaintiff Securities and Exchange Commission ("the Commission") moves that the Court lift the seal on all pleadings in this case.

Respectfully submitted,

/s/ Frank C. Huntington
Frank C. Huntington  (Mass. Bar No. 544045)
  Senior Trial Counsel
Caitlyn M. Campbell  (Mass. Bar No. 661780)
  Senior Counsel

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
Boston Regional Office
33 Arch Street
Boston, MA  02110
(617) 573-8960  (Huntington direct)
(617) 573-4590  (fax)
huntingtonf@sec.gov  (Huntington email)

Dated:  July 1, 2015