UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 15-12857-PBS |
| v. ) | |
| ) | |
| DFRF ENTERPRISES LLC, ) | |
| DFRF ENTERPRISES, LLC, ) | |
| DANIEL FERNANDES ROJO FILHO, ) | |
| WANDERLEY M. DALMAN, ) | |
| GASPAR C. JESUS, ) | |
| EDUARDO N. DA SILVA, ) | |
| HERIBERTO C. PEREZ VALDES, ) | |
| JEFFREY A. FELDMAN and ) | |
| ROMILDO DA CUNHA, ) | |
| ) | |
| Defendants. ) | |

[proposed]
**ORDER EXTENDING TEMPORARY RESTRAINING ORDER,
ORDER FREEZING ASSETS, AND ORDER FOR OTHER EQUITABLE RELIEF**

Having considered the pleadings submitted by plaintiff Securities and Exchange Commission ("the Commission") and the argument at the hearing on July 13, 2015,

**IT IS HEREBY ORDERED** that:

1. The Temporary Restraining Order, Order Freezing Assets, and Order for Other Equitable Relief entered on June 30, 2015 (Dkt. #10) is extended until 7:00 p.m. on Tuesday, July 28, 2015.

2. A hearing on the Commission's Motion for a Preliminary Injunction, Order Freezing Assets, and Order for Other Equitable Relief (Dkt. #21) will be held on Tuesday,

July 28, 2015 at 11:00 a.m. in Courtroom #19 on the 7th floor of the John J. Moakley U.S. Courthouse, One Courthouse Way, Boston, MA 02210.

/s/ Patti B. Saris
UNITED STATES DISTRICT JUDGE

Dated: July 13, 2015 at 9:00 a.m.