UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:15-CV-12857-PBS ) ) |
| DFRF ENTERPRISES LLC, ET AL. | ) ) |
| Defendants. | ) ) ) |

ASSENTED TO MOTION OF DEFENDANT JESUS
TO PERMIT RELEASE OF FUNDS FROZEN BY BANK OF AMERICA

Defendant Gaspar C. Jesus, by his attorney, hereby moves this Court to modify the asset freeze imposed by the Preliminary Injunction, Order Freezing Assets, and Order for Other Equitable Relief, entered on July 28, 2015, to permit the release of Two Thousand ($2000.00) Dollars of funds frozen by Bank of America in an account of defendant's ending in the four digits 5483 to be spent by defendant on ordinary living expenses.  This motion and the assented to release of funds is without prejudice to defendant seeking further relief from this Court for a greater release of funds for defendant's reasonable living expenses.

Respectfully submitted,

GASPAR JESUS
By his Attorney,

s/ Jonathan Shapiro
Jonathan Shapiro
BBO No. 454220
Shapiro Weissberg & Garin LLP
90 Canal Street
Boston, MA 02114
617-742-5800
jshapiro@swglegal.com

## Certificate of Service

This is to certify that the foregoing document, filed through the ECF system, has been served electronically on the registered participants identified on the Notice of Filing on August 5, 2015.

s/ Jonathan Shapiro
Jonathan Shapiro