UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| Plaintiff, ) | |
| v. ) | No. 1:15-CV-12857-PBS |
| DFRF ENTERPRISES LLC, ET AL. ) | |
| Defendants. ) | |

ASSENTED TO MOTION OF DEFENDANT JESUS
TO PERMIT RELEASE OF FUNDS FROZEN BY BANK OF AMERICA

Defendant Gaspar C. Jesus, by his attorney, hereby moves this Court to modify the asset freeze imposed by the Preliminary Injunction, Order Freezing Assets, and Order for Other Equitable Relief, entered on July 28, 2015, to permit the release of Two Thousand ($2000.00) Dollars of funds frozen by Bank of America in an account of defendant's ending in the four digits 5483 to be spent by defendant on ordinary living expenses. This motion and the assented to release of funds is without prejudice to defendant seeking further relief from this Court for a greater release of funds for defendant's reasonable living expenses.