UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DFRF ENTERPRISES LLC, et. al., <br><br> Defendants. | Case no. 1:15-cv-12857-PBS |

[proposed]
**ORDER MODIFYING PRELIMINARY INJUNCTION, ORDER FREEZING ASSETS, AND ORDER FOR OTHER EQUITABLE RELIEF**

**THIS CAUSE** having come on to be heard upon Defendant, Jeffrey A Feldman's Assented to Motion to Modify Preliminary Injunction, Order Freezing Assets, and Order for Other Equitable Relief, entered on July 28, 2015 and the court being fully advised in the premises, it is hereby ordered and adjudged as follows:

Defendant, Jeffrey A Feldman, is hereby permitted to open a bank account at Bank of America in the name of Global Marketing Specialist, Inc. The freeze order and other restrictions contained in the Preliminary Injunction, Order Freezing Assets, and Order for Other Equitable Relief entered on July 28, 2015, shall not apply to this new account.

**DONE AND ORDERED** this ___10___ day of ___August___, 2015.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All attorneys of record